# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RUNZHEIMER INTERNATIONAL Ltd.,**

    Plaintiff,

    -vs-                                             **Case No. 16-C-68**

**ADT, LLC,**

    Defendant.

## DECISION AND ORDER

This is an action seeking a declaratory judgment under state law. The plaintiff, Runzheimer International Limited, attempts to invoke the Court's diversity jurisdiction. 28 U.S.C. § 1332(a). Runzheimer alleges that it is a Wisconsin corporation with a principal place of business in Waterford, Wisconsin. Runzheimer also alleges that the defendant, ADT, is a Delaware corporation with a principal place of business in Boca Raton, Florida. However, the caption of the case states that ADT is an LLC, and the citizenship of an LLC for purposes of diversity jurisdiction is the citizenship of its members. *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

Therefore, to ensure that the Court has jurisdiction over this matter, Runzheimer must file an amended complaint which states the citizenship

of ADT's members within **thirty (30) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2016.

                                              **SO ORDERED:**

                                              _____
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**